People of State of Illinois ex rel. Fay Barnes Powell, Appellant, v. Board of Education of City of Chicago et al., Appellees.

Gen. No. 45,778.

Rugen, Lightenberg & Goebel, for appellant; John Lightenberg, of counsel; Frank R. Schneberger, for appellees; Frank S. Righeimer, James W. Coffey, and John T. Mehigan, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.